**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Lexcom Telephone Company<br>200 North State Street<br>Lexington, NC 27293<br><br>          Plaintiff,<br><br>     v.<br><br>AT&T CORP.,<br>1 AT&T Way<br>Bedminster, New Jersey 07921,<br><br>AT&T COMMUNICATIONS, INC.,<br>1 AT&T Way<br>Bedminster, New Jersey 07921, and<br><br>DOES 1-20,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 1:05cv01740 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT ORDER TO EXTEND TIME FOR DEFENDANTS**
**AT&T CORP. & AT&T COMMUNICATIONS, INC. TO RESPOND**
**TO PLAINTIFF'S COMPLAINT**

Upon consent of the parties, the time in which Defendants AT&T Corp. and AT&T Communications, Inc., ("Defendants") have to respond to Plaintiff's Complaint by answer or by motion is extended to October 18, 2005.

SO ORDERED, this _____ day of September, 2005.

_____
The Honorable Ellen Segal Huvelle

The following attorneys shall be notified of this Order:

Eric J. Branfman  
Swidler Berlin LLP  
3000 K Street, NW, Suite 300  
Washington, D.C. 20007  
(202) 424-7500

David L. Lawson  
Sidley Austin Brown & Wood, LLP  
1501 K St., NW  
Washington, D.C. 20005  
(202) 736-8000